IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINQUE S. CHILDS,
Petitioner,

v.   Civil No. 3:25cv91 (DJN)

CHADWICK A. DOTSON,
Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia prisoner proceeding *pro se*, submitted a petition under 28 U.S.C. § 2254. Petitioner seeks to challenge his conviction for abduction with intent to defile. The Court previously denied a 28 U.S.C. § 2254 petition challenging this conviction. *See Childs v. Commonwealth of Virginia*, No. 3:21CV695, 2023 WL 7546633, at *1 (E.D. Va. Nov. 13, 2023), *appeal dismissed sub nom. Childs v. Virginia*, No. 23-7227, 2024 WL 4512077 (4th Cir. Oct. 17, 2024).

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the jurisdiction of the district courts to hear second or successive applications for federal habeas corpus relief by prisoners attacking the validity of their convictions and sentences by establishing a "'gatekeeping' mechanism." *Felker v. Turpin*, 518 U.S. 651, 657 (1996). Specifically, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).

The Court has not received authorization from the United States Court of Appeals for the Fourth Circuit to file the present § 2254 petition. Therefore, the action will be DISMISSED

WITHOUT PREJUDICE for want of jurisdiction. A certificate of appealability will be DENIED.

An appropriate Final Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　David J. Novak
　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Date: April 8, 2025